UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND<br>1606 Walnut St.<br>Philadelphia, PA  19103<br><br>and<br><br>PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND<br>415-427 North 5th Street<br>Philadelphia, PA  19123<br><br>and<br><br>NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND<br>455 North 5th Street<br>Philadelphia, PA  19123<br><br>v.<br><br>PURDUE PHARMA L.P.<br>One Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT  06901-3431<br><br>and<br><br>THE PURDUE FREDERICK COMPANY INC.<br>One Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT  06901-3431 | CIVIL ACTION<br><br>No. 071968 |

## PROOF OF SERVICE

I, Stewart L. Cohen, hereby certify that:

    1.    I am the attorney for the Plaintiffs in the above-captioned action.

2. On May 23, 2007, I caused the Summons to be served upon the defendant, The Purdue Frederick Company, via Certified Mail, Return Receipt Requested. A true and correct copy of my letter enclosing the Summons is attached hereto as Exhibit "A".

3. The Return Receipt was signed by an adult representative of The Purdue Frederick Company on May 25, 2007. A copy of the signed Return Receipt is attached hereto as Exhibit "B".

4. On May 23, 2007, I caused the Summons to be served upon the defendant, Purdue Pharma, L.P., via Certified Mail, Return Receipt Requested. A true and correct copy of my letter enclosing the Summons is attached hereto as Exhibit "C".

5. The Return Receipt was signed by an adult representative of Purdue Pharma, L.P. May 25, 2007. A copy of the signed Return Receipt is attached hereto as Exhibit "D".

6. Accordingly, service of process on the defendants was made no later than May 25, 2007.

This statement is made subject to the penalties for unsworn falsification to authorities, 18 Pa.C.S. §4904.

Respectfully submitted,

COHEN, PLACITELLA & ROTH

BY: _____
STEWART L. COHEN, ESQUIRE
Attorney for Plaintiffs

Date: 5/31/07

Exhibit A

LAW OFFICES

# COHEN, PLACITELLA & ROTH
A PROFESSIONAL CORPORATION

TWO COMMERCE SQUARE

2001 MARKET STREET, SUITE 2900

PHILADELPHIA, PENNSYLVANIA 19103

(215) 567-3500
FAX (215) 567-6019

RED BANK, NJ
PRINCETON, NJ
HARRISBURG, PA
BALA CYNWYD, PA
NEW BRUNSWICK, NJ



CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

ARNOLD M. KESSLER
OF COUNSEL

STEWART L. COHEN
scohen@cprlaw.com

May 22, 2007

VIA CERTIED MAIL
<u>7007 0710 0000 8513 7693</u>
The Purdue Frederick Company, Inc.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

    Re:   AFSCME District Council 47 H&W Fund,
           Philadelphia Firefighters Union Local No. 22
           H&W Fund and National Council of Firemen and Oilers
           Local 1201 H&W Fund v. Purdue Pharma, L.P. and The
           <u>Purdue Frederick Company, Inc.</u>

Dear Sir/Madam:

    Enclosed please find the Complaint which has been filed to initiate a civil lawsuit against you in the above matter. This document is being served on you by mail pursuant to the laws of the Commonwealth of Pennsylvania. As you can see from the Notice, your response is due within twenty (20) days from the date of service.

    You should forward this document to your legal counsel or insurance carrier immediately.

                                                     Sincerely,

                                                     Stewart L. Cohen

SLC/mfr
Enclosure

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND and PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND<br><br>v.<br><br>PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC. | CIVIL ACTION NO. 07-1968<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>THE PURDUE FREDERICK COMPANY, INC.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901-3431 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Stewart L. Cohen, Esq.
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: May 14, 2007 |
| (By) Deputy Clerk<br><br>*Tashia C. Irving* signature<br>Tashia C. Irving | |

Exhibit B

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48  0139 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark Here — MAX WEINER STATION, USPS, 05/23/2007

Sent To: The Purdue Frederick Company
Street, Apt. No. or PO Box No.: 201 Tresser Blvd.
City, State, ZIP+4: Stamford CT 06901-3431

PS Form 3800, August 2006    See Reverse for Instructions

7007 0710 0000 8513 7693

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Purdue Frederick Company
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901-3431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _P. Tachna_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): P. Tachna
C. Date of Delivery: 5/25/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0000 8513 7693

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit C

LAW OFFICES

## COHEN, PLACITELLA & ROTH
A PROFESSIONAL CORPORATION

TWO COMMERCE SQUARE

2001 MARKET STREET, SUITE 2900

PHILADELPHIA, PENNSYLVANIA 19103

(215) 567-3500

FAX (215) 567-6019

RED BANK, NJ
PRINCETON, NJ
HARRISBURG, PA
BALA CYNWYD, PA
NEW BRUNSWICK, NJ

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

ARNOLD M. KESSLER
OF COUNSEL

STEWART L. COHEN
scohen@cprlaw.com

May 22, 2007

VIA CERTIED MAIL
7007 0710 0000 8513 7686
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re: AFSCME District Council 47 H&W Fund,
Philadelphia Firefighters Union Local No. 22
H&W Fund and National Council of Firemen and Oilers
Local 1201 H&W Fund v. Purdue Pharma, L.P. and The
Purdue Frederick Company, Inc.

Dear Sir/Madam:

Enclosed please find the Complaint which has been filed to initiate a civil lawsuit against you in the above matter. This document is being served on you by mail pursuant to the laws of the Commonwealth of Pennsylvania. As you can see from the Notice, your response is due within twenty (20) days from the date of service.

You should forward this document to your legal counsel or insurance carrier immediately.

Sincerely,

Stewart L. Cohen

SLC/mfr
Enclosure

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND and PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND<br><br>v.<br><br>PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC. | CIVIL ACTION NO. 07-1968<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>PURDUE PHARMA L.P.<br>One Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT 06901-3431 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Stewart L. Cohen, Esq.
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: May 14, 2007 |

(By) Deputy Clerk

*Tashia C. Irving*
Tashia C. Irving

Exhibit D

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

STAMFORD CT 06901

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48  0139 |
| Certified Fee | | $2.65   11 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28   05/23/2007 |

Postmark Here — MAX WEINER STATION, MAY 23 2007

Sent To: Purdue Pharma
Street, Apt. No.; or PO Box No. 201 Tresser Blvd.
City, State, ZIP+4 Stamford, CT 06901-3431

PS Form 3800, August 2006 — See Reverse for Instructions

Article Number: 7007 0710 0000 8513 7686

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Purdue Pharma, L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901-3431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X P. Tachno
☐ Agent
☐ Addressee

B. Received by (Printed Name): P. Tachno
C. Date of Delivery: 5/25/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0000 8513 7686

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540