UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> -against- <br><br> PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC., <br><br> Defendants. | Civ. 07-1968 |

## **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record hereby submits this Corporate Disclosure Statement providing the information requested in Rule 7.1 for the following defendants: Purdue Pharma L.P. and The Purdue Frederick Company Inc.

    1.    Purdue Pharma L.P. is a Delaware limited partnership. Purdue Pharma L.P. does not have a parent corporation. No publicly-held corporation owns 10% or more of the partnership interests of Purdue Pharma L.P.

2. The Purdue Frederick Company Inc. is a New York corporation. The Purdue Frederick Company Inc. has one parent corporation, Pharmaceutical Research Associates, Inc. No publicly-held corporation owns 10% or more of The Purdue Frederick Company Inc.'s stock or Pharmaceutical Research Associates, Inc.'s stock.

Dated: June 19, 2007

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.

By: /s/ Jason A. Snyderman
   Edward F. Mannino (Atty. I.D. #04504)
   David L. Comerford (Atty. I.D. #65969)
   Katherine Menapace (Atty. I.D. #80395)
   Jason Snyderman (Atty. I.D. #80239)
   One Commerce Square
   2005 Market Street, Suite 2200
   Philadelphia, Pennsylvania 19103
   (215) 965-1200

Attorneys for Defendants
   Purdue Pharma L.P.
   The Purdue Frederick Company Inc.

## CERTIFICATE OF SERVICE

I, Jason A. Snyderman, hereby certify that on this 19th day of June, 2007, a true and correct copy of Defendants' Rule 7.1 Corporate Disclosure Statement was served upon the following via CM/ECF and U.S. Mail:

>Stuart L. Cohen
>William D. Marvin
>Peter E. Muhic
>COHEN PLACITELLA & ROTH
>Two Commerce Square
>2001 Market Street-Suite 2900
>Philadelphia, PA 19103
>
>Deborah R. Willig
>Louise F. Pongracz
>Willig Williams & Davidson
>1845 Walnut Street-24th Floor
>Philadelphia, PA 19103

/s/ Jason A. Snyderman