## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, <br> PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND <br>        and <br> NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND <br><br>        v. <br><br> PURDUE PHARMA L.P. <br>        and <br> THE PURDUE FREDERICK COMPANY INC. | CIVIL ACTION <br><br><br><br> No. 07-1968-RK <br><br><br><br><br><br> HON. ROBERT F. KELLY |

**ENTRY OF APPEARANCE**

   Kindly enter my appearance as co-counsel for the Plaintiffs in the above-captioned matter.

                                    COHEN, PLACITELLA & ROTH,
                                    A Professional Corporation


DATE: _____                BY: _____
                                    WILLIAM D. MARVIN, ESQUIRE

Attorney ID 34265                Of Counsel:
Two Commerce Square              Deborah R. Willig, Esquire
2001 Market St., Suite 2900      Louise F. Pongracz, Esquire
Philadelphia, PA  19103          WILLIG, WILLIAMS & DAVIDSON
(215) 567-3500                   24th Floor, 1845 Walnut Street
wmarvin@cprlaw.com               Philadelphia, PA 19103
Attorneys for Plaintiffs         215-656-3600
                                 dwillig@wwdlaw.com
                                 lpongracz@wwdlaw.com