# EXHIBIT 9

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 27 2006

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEW MEXICO UFCW UNION'S AND
EMPLOYERS' HEALTH AND WELFARE
TRUST FUND, on behalf of itself and all
others similarly situated,

                Plaintiff

          v.

PURDUE PHARMA L.P., PURDUE
PHARMA, INC., PURDUE FREDERICK
COMPANY, ABBOTT LABORATORIES,
and ABBOTT LABORATORIES, INC.,

                Defendants.

06-CV-0354 (PAC) (MHD)

Electronically Filed

## STIPULATION OF DISMISSAL

    Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that this action shall be dismissed without prejudice.

                        /s/ Christopher A. Seeger
                        Christopher A. Seeger (CS-4880)
                        SEEGER WEISS LLP
                        One William Street
                        New York, NY 10004
                        Ph: (212) 584-0700
                        Fax: 212 584-0799

                        James R. Dugan, II (La. Bar No. 24785)
                        Douglas R. Plymale (La. Bar No. 28409)
                        DUGAN & BROWNE
                        650 Poydras Street, Suite 2150
                        New Orleans, LA 70130
                        Ph: (504) 648-0180
                        Fax: (504) 648-0181

Shane Youtz
YOUTZ AND VALDEZ, PX
420 Central SW, Suite 210
Albuquerque, NM 87102
Ph: (505) 244-1200
Fax: (505) 244-9700

Art Sadin
SADIN LAW FIRM
1104 Friendswood Dr. Suite A
Friendswood, TX 77546

Stephen B. Murray, Sr. (La. Bar No. 9858)
Stephen B. Murray, Jr. (La. Bar No. 23877)
MURRAY LAW FIRM, PLC
909 Poydras Street, Suite 2550
New Orleans, LA 70112
Ph: (504)525-8100
Fax: (504) 584-5249

*Attorneys for New Mexico UFCW Union's and
Employers' Health and Welfare Trust Fund*

/s/ C. William Phillips
C. William Phillips (CP 3300)
Michael C. Nicholson (MN 3331)
COVINGTON & BURLING
1330 Avenue of the Americas
New York, NY 10019-5400
Ph: (202) 841-1000

Timothy C. Hester
Mark H. Lynch
Christopher N. Sipes
Neil K. Roman
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Ph: (202) 662-6000

*Attorneys for Defendants
Purdue Pharma L.P.,
Purdue Pharma Inc., and
The Purdue Frederick Company*

/s/ Allison B. Neidoff
Allison B. Neidoff (AN6716)
Diane E. Lifton (DL9673)
GIBBONS, DEL DEO, DOLAN, GRIFFINGER &
VECCHIONE, PC
One Pennsylvania Plaza, 37th Floor
New York, NY 10019
Ph: (212) 649-4700
Fax: (212) 333-5980

M. King Hill, III
Paul F. Strain
VENABLE LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
Ph: (410) 244-7400
Fax: (410) 244-7742

*Attorneys for Abbott Laboratories and Abbott
Laboratories, Inc.*

Dated: April    , 2006

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

- 3 -