# EXHIBIT 14

ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06916-JGK

New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Purdue Pharma, L.P. et al
Assigned to: Judge John G. Koeltl
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 08/01/2007
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

### Plaintiff

**New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund**
*on behalf of itself and all others similarly situated*

represented by **Arnold Levin**
Levin, Fishbein, Sedran & Berma
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: 215 592 4663
Email: alevin@lfsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Adam Seeger**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
212-584-0700
Fax: 212-584-0799
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred S. Longer**
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: (215) 592-4663
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Seeger Weiss, LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Fax: (215) 851-8029
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TerriAnne Benedetto**
Seeger Weiss, LLP
1515 Market Street
Suite 1360
Philadelphia, PA 19106
(215) 564-2300
Fax: (215) 851-8029
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
Purdue Pharma, L.P.

**Defendant**
Purdue Pharma, Inc.

**Defendant**
The Purdue Fredrick Company, Inc.
*doing business as*
The Purdue Fredrick Company

**Defendant**
P.F. Laboratories, Inc.

**Defendant**
Abbott Laboratories

**Defendant**
Abbott Laboratories, Inc.

**Defendant**
Michael Friedman

**Defendant**
Howard R. Udell

**Defendant**
Paul D. Goldenheim

**Defendant**
John Doe Nos. 1 through 20

**Defendant**

Jane Doe Nos. 1 through 20

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2007 | 1 | COMPLAINT against The Purdue Fredrick Company, Inc., P.F. Laboratories, Inc., Abbott Laboratories, Abbott Laboratories, Inc., Michael Friedman, Howard R. Udell, Paul D. Goldenheim, John Doe Nos. 1 through 20, Jane Doe Nos. 1 through 20, Purdue Pharma, L.P., Purdue Pharma, Inc.. (Filing Fee $ 350.00, Receipt Number 622701) Document filed by New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund.(tro) (Entered: 08/02/2007) |
| 08/01/2007 |   | SUMMONS ISSUED as to The Purdue Fredrick Company, Inc., P.F. Laboratories, Inc., Abbott Laboratories, Abbott Laboratories, Inc., Michael Friedman, Howard R. Udell, Paul D. Goldenheim, John Doe Nos. 1 through 20, Jane Doe Nos. 1 through 20, Purdue Pharma, L.P., Purdue Pharma, Inc. (tro) (Entered: 08/02/2007) |
| 08/01/2007 |   | CASE REFERRED TO Judge Sidney H. Stein as possibly related to 04-md-1603. (tro) (Entered: 08/02/2007) |
| 08/01/2007 |   | Case Designated ECF. (tro) (Entered: 08/02/2007) |
| 08/01/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund.(tro) (Entered: 08/02/2007) |
| 08/06/2007 | 3 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Christopher A. Seeger dated 8/2/2007 re: requesting that the case be placed in the random judge pool, as is the practice for cases not designated as related.. ENDORSEMENT: Application granted. This action is to be randomly assigned, by the Clerk of Court, to an Article III Judge. SO ORDERED. (Signed by Judge Sidney H. Stein on 8/6/2007) (jpo) (Entered: 08/07/2007) |
| 08/08/2007 |   | CASE DECLINED AS NOT RELATED. Case referred as related to 04-md-1603 and declined by Judge Sidney H. Stein and returned to wheel for assignment. (tro) (Entered: 08/14/2007) |
| 08/08/2007 | 4 | NOTICE OF CASE ASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 08/14/2007) |
| 08/08/2007 |   | Magistrate Judge Frank Maas is so designated. (tro) (Entered: 08/14/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 08/30/2007 12:46:58 | | |
|---|---|---|---|
| PACER Login: | cb0916 | Client Code: | 028096.00114 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-06916-JGK |
| Billable Pages: | 2 | Cost: | 0.16 |