# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06916-JGK

| | |
|---|---|
| New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Purdue Pharma, L.P. et al | Date Filed: 08/01/2007 |
| | Jury Demand: Plaintiff |
| Assigned to: Judge John G. Koeltl | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1962 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund**
*on behalf of itself and all others similarly situated*

represented by **Arnold Levin**
Levin, Fishbein, Sedran & Berma
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: 215 592 4663
Email: alevin@lfsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Adam Seeger**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
212-584-0700
Fax: 212-584-0799
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred S. Longer**
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: (215) 592-4663
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Seeger Weiss, LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

(215) 564-2300
Fax: (215) 851-8029
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TerriAnne Benedetto**
Seeger Weiss, LLP
1515 Market Street
Suite 1360
Philadelphia, PA 19106
(215) 564-2300
Fax: (215) 851-8029
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Purdue Pharma, Inc.**

**Defendant**

**The Purdue Fredrick Company, Inc.**
*doing business as*
The Purdue Fredrick Company

**Defendant**

**P.F. Laboratories, Inc.**

**Defendant**

**Abbott Laboratories**

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Michael Friedman**

**Defendant**

**Howard R. Udell**

**Defendant**

**Paul D. Goldenheim**

**Defendant**

**John Doe Nos. 1 through 20**

**Defendant**

**Jane Doe Nos. 1 through 20**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2007 | 1 | COMPLAINT against The Purdue Fredrick Company, Inc., P.F. Laboratories, Inc., Abbott Laboratories, Abbott Laboratories, Inc., Michael Friedman, Howard R. Udell, Paul D. Goldenheim, John Doe Nos. 1 through 20, Jane Doe Nos. 1 through 20, Purdue Pharma, L.P., Purdue Pharma, Inc.. (Filing Fee $ 350.00, Receipt Number 622701)Document filed by New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund.(tro) (Entered: 08/02/2007) |
| 08/01/2007 |  | SUMMONS ISSUED as to The Purdue Fredrick Company, Inc., P.F. Laboratories, Inc., Abbott Laboratories, Abbott Laboratories, Inc., Michael Friedman, Howard R. Udell, Paul D. Goldenheim, John Doe Nos. 1 through 20, Jane Doe Nos. 1 through 20, Purdue Pharma, L.P., Purdue Pharma, Inc. (tro) (Entered: 08/02/2007) |
| 08/01/2007 |  | CASE REFERRED TO Judge Sidney H. Stein as possibly related to 04-md-1603. (tro) (Entered: 08/02/2007) |
| 08/01/2007 |  | Case Designated ECF. (tro) (Entered: 08/02/2007) |
| 08/01/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund.(tro) (Entered: 08/02/2007) |
| 08/06/2007 | 3 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Christopher A. Seeger dated 8/2/2007 re: requesting that the case be placed in the random judge pool, as is the practice for cases not designated as related.. ENDORSEMENT: Application granted. This action is to be randomly assigned, by the Clerk of Court, to an Article III Judge. SO ORDERED. (Signed by Judge Sidney H. Stein on 8/6/2007) (jpo) (Entered: 08/07/2007) |
| 08/08/2007 |  | CASE DECLINED AS NOT RELATED. Case referred as related to 04-md-1603 and declined by Judge Sidney H. Stein and returned to wheel for assignment. (tro) (Entered: 08/14/2007) |
| 08/08/2007 | 4 | NOTICE OF CASE ASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 08/14/2007) |
| 08/08/2007 |  | Magistrate Judge Frank Maas is so designated. (tro) (Entered: 08/14/2007) |

**PACER Service Center**

**Transaction Receipt**

| 08/29/2007 13:00:34 | | | |
|---|---|---|---|
| **PACER Login:** | kc0183 | **Client Code:** | Charles v. Lawyers Title |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-06916-JGK |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |