# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** ) | |
| ) | **MDL DOCKET NO. 1603** |
| **OXYCONTIN ANTITRUST LITIGATION** ) | |

## SUPPLEMENT TO NOTICE OF ACTION RELATED TO
## *IN RE OXYCONTIN ANTITRUST LITIGATION*

On September 4, Purdue filed a notice informing the Panel of a potential "tag-along action" to *In Re OxyContin Antitrust Litigation*, MDL No. 1603:

> *American Federation of State, County and Municipal Employees,*
> *District Council 47 Health and Welfare Fund, et al. v. Purdue*
> *Pharma L.P. and The Purdue Frederick Company Inc.*,
> Civil Action No. 2:07-CV-01968-RK (E.D. Pa.) ("*AFSCME*")
> (Complaint attached as Ex. 1 to Notice of Related Action).

On the same day, Judge Kelly of the U.S. District Court for the Eastern District of

Pennsylvania transferred *AFSCME* to the U.S. District Court for the Southern District of New

York pursuant to 28 U.S.C. § 1404(a) on the ground that *AFSCME* is related to *New Mexico*

*UFCW Union's and Employers' Health & Welfare Trust Fund v. Purdue Pharma L.P.*, No. 07-

6916 (S.D.N.Y. filed Aug. 1, 2007), which is presently assigned to Judge Koeltl.  (Order,

*AFSCME* (E.D. Pa. Sept. 4, 2007) (Ex. A at 1).)  Noting that the parties in *AFSCME* disagree on

whether the case is also related to *In Re OxyContin Antitrust Litigation*, Judge Kelly ruled that

"the determination of the appropriate judicial assignment for [*AFSCME*] should be made in the first instance by the transferee court in the Southern District of New York." (Ex. A at 1-2.)

Purdue has requested that Judges Stein and Koeltl of the Southern District of New York transfer the *New Mexico UFCW* action to Judge Stein for consolidation with *In re OxyContin Antitrust Litigation* pursuant to Rule 15 of the Southern District of New York's Rules for the Division of Business Among District Judges. (Letter from Timothy C. Hester to Judges Stein & Koeltl (Aug. 30, 2007) (Ex. B)); *see also* J.P.M.L. R. 7.5(a) (requests for assignment of potential "tag-along" action filed in transferee district "should be made in accordance with local rules for the assignment of related actions").

Dated:  September 7, 2007

Respectfully submitted,

Timothy C. Hester
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5324

*Attorney for The Purdue Pharma Company, Purdue Pharma L.P. Purdue Pharma Inc., The Purdue Frederick Company, Purdue Pharmaceuticals L.P., Pharmaceutical Research Associates, Inc., P.F. Laboratories, Inc., and Euro-Celtique S.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing Notice of Related Action to be served by First-Class U.S. Mail this 7th day of September, 2007, on the following:

| COURTS |
|---|
| Michael E. Kunz, Clerk of Court<br>United States District Court<br>Eastern District of Pennsylvania<br>U.S. Courthouse<br>601 Market Street, Room 2609<br>Philadelphia, PA 19106-1797 |
| J. Michael McMahon, Clerk of Court<br>United States District Court<br>Southern District of New York<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl Street<br>New York, NY 10007-1312 |

| PARTIES | COUNSEL |
|---|---|
| A.F. of L.- A.G.C. Building Trades Welfare Plan, IBEW- NECA Local 505 Health & Welfare Plan, Mechanical Contractors- UA Local 119 Welfare Plan | David S. Stellings<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017 |
| Abbott Laboratories and Abbott Laboratories, Inc. | Brad Allen Antonacci<br>Jill Irene Rogers-Manning<br>Kathleen Marie Stockwell<br>Mark J. McClenathan<br>Suite 1015<br>321 West State Street<br>Rockford, IL 61105<br><br>M. King Hill, III<br>Paul F Strain<br>Mark D. Maneche<br>William Coston<br>Venable LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201<br><br>Diane E. Lifton<br>Allison Beth Neidoff<br>Gibbons P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119 |

| | |
|---|---|
| | Susan J. Pope<br>Frost Brown Todd, LLC<br>250 W. Main Street<br>2700 Lexington Financial Center<br>Lexington, KY 40507 |
| Aetna, Inc. and Humana, Inc. | Richard W. Cohen<br>Lowey Dannenberg Bemporad<br>  Selinger & Cohen, P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601-1714 |
| Albertson's, Inc., Hy-Vee Inc, and Safeway Inc. | Douglas H. Patton<br>Dewsnup, King & Olsen<br>36 South State Street, Suite 2020<br>Salt Lake City, UT 84111 |
| American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund; Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund; and National Council of Firemen and Oilers, Local 1201 Health and Welfare Fund | Stewart L. Cohen<br>William D. Marvin<br>Peter A. Muhic<br>Cohen, Placitella & Roth<br>Two Commerce Square<br>2001 Market Street, Suite 2900<br>Philadelphia, PA 19103<br><br>Deborah R. Willig<br>Louise F. Pongracz<br>Willig, Williams & Davidson<br>24th Floor<br>1845 Walnut Street<br>Philadelphia, PA 19103 |
| Arkansas Carpenters' Health & Welfare Fund | Vaishali S. Shetty<br>Goldman Gruder & Wood<br>200 Connecticut Ave.<br>Norwalk, CT 06854<br><br>Bernard Persky<br>Holis Salzman<br>Barbara J. Hart<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017 |
| Ayala, Martin | Daniel W. Krasner<br>Frederick T. Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br><br>Francis M. Gregorek<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>Symphony Tower<br>750 B. Street<br>San Diego, CA 92101<br><br>David Mark Lehew<br>1702 E Kathleen Rd<br>Phoenix, AZ 85022-3369 |

| | |
|---|---|
| Aznavorian, Vasken | Curtis V. Trinko<br>Law Offices of Curtis V. Trinko, LLP<br>Seventh Floor<br>16 West 46th Street<br>New York, NY 10036 |
| Balloveras, Mayte C. | Lance August Harke<br>Sarah Becket Clasby<br>Howard Mitchell Bushman<br>Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br><br>Samuel Kenneth Rosen<br>Wechsler Harwood LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022 |
| Birmingham Plumbers & Steamfitters Local 91 Health and Welfare Fund | Allyn Z. Lite<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102 |
| Brewer, Carolyn, Michael Breeden, David Norris, Kenya Proctor, John Walpole | Kathleen C. Chavez<br>Chavez Law Firm<br>P.O. Box 772<br>Geneva, IL 60134<br><br>Robert M. Foote<br>Foote, Meyers, Mielke, Flowers & Solano, LLC<br>416 South Second Street<br>Gevena, IL 60134 |
| Burnham, Susan | Francis M. Gregorek<br>Francis A. Bottini, Jr.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>Symphony Tower<br>750 B. Street<br>San Diego, CA 92101<br><br>Mary Jane Edelstein Fait<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>656 West Randolph Street<br>Chicago, IL 60661<br><br>Daniel W. Krasner<br>Frederick T. Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| Burse, Kay | Mark J. Tamblyn<br>Garth A. Rosengren<br>Kershaw, Cutter, Ratinoff & York, L.L.P.<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814-4416 |
| Care Pharmacies, Inc. | Kenneth Walsh<br>Straus & Boies, LLP<br>Two Depot Plaza, Suite 203<br>Bedford Hills, NY 10507 |

| | |
|---|---|
| Chaballa, Danielle | Heather Moore Collins<br>Shands M. Wulbern<br>Henrichsen, Siegel, PLLC<br>1648 Osceola Street<br>Jacksonville, FL 32204<br><br>Neil L. Henrichsen<br>Eric L. Siegel<br>Henrichsen, Siegel, PLLC<br>Suite 570<br>5301 Wisconsin Avenue, NW<br>Washington, DC 20015 |
| City of New York | David E Kovel<br>Kirby McInerney & Squire, LLP<br>830 Third Avenue, 10th Floor<br>New York, NY 10022 |
| Connecticut Citizen Action Group, Health Care for All, and Carol Puerling | James E. Miller<br>Scott & Scott, L.L.C.<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br><br>Douglas R. Plymale<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br><br>Arthur Sadin<br>Youngdahl and Sadin<br>211 East Parkwood<br>Friendswood, TX 77546<br><br>Thomas M. Sobol<br>Hagens Berman Sobol Shapiro<br>One Main Street, 4th Floor<br>Boston, MA 02110<br><br>James R. Dugan, II<br>Dugan & Browne, P.L.C.<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 |
| CVS Pharmacy, Inc. and Rite Aid Corp. | Steve D. Shadowen<br>Hangley Aronchick Segal & Pudlin<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101<br><br>Jerald M. Stein<br>Law Office of Jerald M. Stein<br>470 Park Avenue South<br>Floor 10 North<br>New York, NY 10016-6819 |
| Doran, John | William M. Audet<br>Alexander, Hawes & Audet, L.L.P.<br>300 Montgomery Street<br>San Francisco, CA 94104 |

| | |
|---|---|
| | Bruce D. Tingey<br>Tingey & Tingey Law Firm<br>723 S. Third Street<br>Las Vegas, NV 89101 |
| Drug Mart Tallman Inc. | Mark C. Gardy<br>Gardy & Notis, LLP<br>Suite 110<br>440 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Dzierlatka, Laura | Kip B. Shuman<br>Jeffrey A. Berens<br>Dyer & Shuman, LLP<br>801 East 17th Avenue<br>Denver, CO 80218-1417<br><br>Aashish Y. Desai<br>Mower, Carreon & Desai<br>2301 Dupont Drive, Suite 360<br>Irvine, CA 92612-7503 |
| Friedman, Faye | Andrew S. Friedman<br>Francis J. Balint, Jr.<br>Bonnett, Fairbourn, Friedman & Balint, P.C.<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012 |
| Ginsberg, Perry | William M. Audet<br>Ryan M. Hagan<br>Alexander, Hawes & Audet, L.L.P.<br>152 North Third Street<br>San Jose, CA 95112<br><br>Steven A. Lerman<br>8484 Wilshire Blvd.<br>Beverly Hills, CA 90211 |
| Derick Giwner as Executor for the Estate of Jurek Giwner | Mark C. Gardy<br>Gardy & Notis, LLP<br>Suite 110<br>440 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Greater New York Mutual Insurance Company | Thomas A. Bryan<br>80 Midland Avenue<br>Hicksville, NY 11801<br><br>Victor John Yannacone, Jr.<br>39 Baker Street<br>P.O. Box 109<br>Patchogue, NY 11772 |
| Halban, Rita | Fred T. Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| Harleysville Mutual Insurance Company | Thomas A. Bryan<br>80 Midland Avenue<br>Hicksville, NY 11801<br><br>Victor John Yannacone, Jr.<br>39 Baker Street, P.O. Box 109<br>Patchogue, NY 11772 |

5

| | |
|---|---|
| Health Partners, Inc., Medica Health Plans, Medica Insurance Company and Medica Health Plans of Wisconsin | Peter D. St. Philip, Jr.<br>Lowey Dannenberg Bemporad<br>  Selinger & Cohen, P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601-1714<br><br>Charles A. Horowitz<br>Seymour J. Mansfield<br>Lawrence P. Schaefer<br>Mansfield, Tanick & Cohen, P.A.<br>220 S. 6th Street, Suite 1700<br>Minneapolis, MN 55402<br><br>Thomas M. Sobol<br>Hagens Berman Sobol Shapiro<br>One Main Street, 4th Floor<br>Boston, MA 02110 |
| Jaffe, Gary | Lester L. Levy, Sr.<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022<br><br>Ann D. White<br>Ann D. White Law Offices, P.C.<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 10946 |
| Jolly, Mariah | Harold M. Hewell<br>Hewell Law Firm<br>1901 First Avenue<br>Second Floor<br>San Diego, CA 92101 |
| Kaiser Foundation Health Plan, Inc. | David T. Fischer<br>Porter Wright Morris & Arthur LLP<br>1919 Pennsylvania Ave. N.W., Suite 500<br>Washington, DC 20006 |
| Klein, Mark | James E. Miller<br>Scott & Scott, L.L.C.<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415 |
| Kooman, Ashley | Ben Barnow<br>Barnow and Goldberg, P.C.<br>Suite 4600<br>One North LaSalle Street<br>Chicago, IL 60602 |
| Krause, Pamela | Anthony Vozzolo<br>Nadeem Faruqi<br>Faruqi & Faruqi, LLP<br>10th Floor<br>369 Lexington Avenue<br>New York, NY 10017 |
| KV Pharmaceutical Company | Steven Craig Sunshine<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005 |

| | |
|---|---|
| | Andrea L. Wayda<br>Morgan & Finnegan, L.L.P.<br>Three World Financial Center<br>New York, NY 10281-2101 |
| LeMaster, Carolyn | Franklin K. Belhausen II<br>Belhausen Law Office<br>P.O. Box 670<br>201 Mill Branch Road<br>Paintsville, KY 41240<br><br>James D. Johnson<br>P.O. Box 1546<br>Paintsville, KY 41240 |
| Lissy, Michael | James V. Bashian<br>Law Offices of James V. Bashian, P.C.<br>Fairfield Commons, Suite F207<br>271 Route 46 West<br>Fairfield, NJ 07004 |
| Local 1199 National Benefit Fund for Health and Human Services Employees | Joseph Lipofsky<br>Zwerling, Schachter & Zwerling<br>41 Madison Avenue<br>New York, NY 10010 |
| Louisiana Health Service Indemnity Company d/b/a Bluecross Blue Shield of Louisiana | Bernard Persky<br>Craig L. Briskin<br>Labaton Rudoff & Sucharow LLP<br>100 Park Avenue, 12th Floor<br>New York, NY 10017 |
| Louisiana Wholesale Drug Company, Inc. | Brett H. Cebulash<br>Garwin, Gerstein & Fisher, L.L.P.<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br><br>Stuart DesRoches<br>John A. Meade<br>Charles F. Zimmer, II<br>Odom & Des Roches, L.L.P.<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br><br>David P. Smith<br>Percy, Smith & Foote, L.L.P.<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309 |
| Lynn, Brian | Andrew Friedman<br>Law Office of Andrew Friedman<br>682 Grand Street<br>Brooklyn, NY 11372<br><br>Andrew S. Friedman<br>Francis J. Balint, Jr.<br>Bonnett, Fairbourn, Friedman & Balint, P.C.<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012 |

|  |  |
|---|---|
|  | Nicholas Koluncich, III<br>6804 Fourth Street NW<br>Albuquerque, NM 87107<br><br>William M. Audet<br>Alexander, Hawes & Audet, L.L.P.<br>300 Montgomery Street<br>San Francisco, CA 94104<br><br>William R. Wright<br>2901 North Central Avenue #1000<br>Phoenix, AZ 85012-3311 |
| May, Roy Charles | Frederick M. Corely<br>PO Box 2265<br>Beaufort, SC 29901<br><br>Philip L. Fairbanks<br>1214 King Street<br>Beaufort, SC 29902 |
| Medic Drug, Inc. | Bonny E. Sweeney<br>Christopher M. Burke<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>Edmund W. Searby<br>Scott & Scott, LLC<br>33 River Street<br>Chagrin Falls, OH 44022<br><br>Walter W. Noss<br>Jones, Day, Reavis & Pogue<br>222 E. 41st Street<br>New York, NY 10017 |
| Meijer, Inc. and Meijer Distribution, Inc. | Robert N. Kaplan<br>Richard J. Kilsheimer<br>Linda P. Nussbaum<br>Jason Allen Zweig<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 |
| Morganti, Sharon | Mark J. Zausme<br>Richard C. Kaufman<br>Gary K. August<br>Zausmer, Kaufman, August & Caldwell, P.C.<br>31700 Middlebelt Road, Suite 150<br>Farmington Hills, MI 48334-2374<br><br>Andrew J. Morganti<br>Siemion Huckabay, P.C.<br>One Towne Square<br>Southfield, MI 48068 |
| Nathanson, Adam | Patrick A. Klingman<br>Shepherd, Finkelman, Miller & Shah, LLC<br>65 Main Street<br>Chester, CT 06412 |

| | |
|---|---|
| Neighborcare, Inc. | Jerald M. Stein<br>Law Office of Jerald M. Stein<br>Floor 10 North<br>470 Park Avenue South<br>New York, NY 10016-6819<br><br>Bryan L. Clobes<br>Miller Faucher & Cafferty, LLP<br>One Logan Square, Suite 1700<br>18th and Cherry Streets<br>Philadelphia, PA 19103<br><br>N. Nathan Neuman<br>Law Offices of N. Nathan Neuman<br>700 Lake Drive<br>Ambler, PA 19002-5084 |
| Painters District Council, No. 30 Health and Welfare Fund | Joseph M. Burns<br>Jacobs, Burns, Orlove, Stanton & Hernandez<br>Suite 1720<br>122 South Michigan Avenue<br>Chicago, IL 60603<br><br>Marvin A. Miller<br>Miller Law LLC<br>Suite 2910<br>115 S. La Salle Street<br>Chicago, IL 60603 |
| Paper, Allied-Industrial, Chemical and Energy Workers International Union, AFL-CIO, CLC | Bernard Persky<br>Holis Salzman<br>Barbara J. Hart<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017<br><br>Vaishali S. Shetty<br>Goldman Gruder & Wood<br>200 Connecticut Avenue<br>Norwalk, CT 06854 |
| Pressley, Archie L. and John R. Weaver | Neil Henrichsen<br>Eric Lee Siegel<br>Henrichsen Siegel, P.L.L.C.<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br><br>Heather Moore Collins<br>Shands M. Wulbern<br>Henrichsen Siegel, P.L.L.C.<br>1648 Osceola Street<br>Jacksonville, FL 32204 |
| Ridgell, Prisella and Tad | John Gressette Felder<br>Bates Nelson Felder<br>Felder and McGee<br>P.O. Box 346<br>Saint Matthews, SC 29135<br><br>Chad A. McGowan<br>McGowan and Hood |

| | |
|---|---|
| | 125 Hampton Street<br>Suite 101<br>Rock Hill, SC 29730 |
| Rochester Drug Co-Operative, Inc. | Eric L. Cramer<br>David F. Sorensen<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Donald L. Bilgore<br>Bilgore, Reich, Levine & Kantor<br>Suite 950<br>16 East Main Street<br>Rochester, NY 14614<br><br>Robert N. Kaplan<br>Linda P. Nussbaum<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br><br>Susan R. Schwaiger<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>30th Floor<br>150 East 52nd Street<br>New York, NY 10022<br><br>Steve J. Gutter<br>Kahn & Gutter<br>Paine Webber Plaza<br>Penthouse 4<br>8211 W. Broward Blvd.<br>Plantation, FL 33324 |
| SAJ Distributors, Inc., and Stephen L. LaFrance Holdings, Inc. | Dianne M. Nast<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br><br>Richard J. Kilsheimer<br>Kaplan Fox & Kilsheimer LLP<br>14th Floor<br>850 Third Avenue<br>New York, NY 10022 |
| Schecher, Bob | Peter S. Obetz<br>Bartimus, Frickleton, Robertson & Obetz, P.C.<br>11150 Overbrook Drive, Suite 200<br>Leawod, KS 66211 |
| Schooley, Jane | William M. Audet<br>Alexander, Hawes & Audet, L.L.P.<br>300 Montgomery Street<br>San Francisco, CA 94104<br><br>W. Joseph Bruckner<br>Yvonne M Flaherty |

| | |
|---|---|
| | Richard A. Lockridge<br>Robert K. Shelquist<br>Lockridge, Grindal, Nauen & Holstein, P.L.L.P.<br>2200 Washington Square<br>100 Washington Avenue South<br>Minneapolis, MN 55401 |
| Sperduto, Thomas S. | Daniel S. Glaser<br>Lesvia A. Vazquez<br>Peter J. McNulty<br>827 Moraga Drive<br>Bel Air, CA 90047 |
| The County of Suffolk, New York | Barbara J. Hart<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017 |
| Tully, Betts | Mary Jane Fait<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>Suite 500W<br>656 West Randolph Street<br>Chicago, IL 606 |
| United Federation of Teachers Welfare Fund | Bernard Persky<br>Holis Salzman<br>Barbara J. Hart<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017<br><br>Vaishali S. Shetty<br>Goldman Gruder & Wood<br>200 Connecticut Avenue<br>Norwalk, CT 06854 |
| United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, Man-U Service Contract Fund, and Steven Bennett et al | David S. Nalven<br>Thomas M. Sobol<br>Hagens Berman Sobol Shapiro, LLP<br>One Main Street, 4th Floor<br>Boston, MA 02142<br><br>David B. Wechsler<br>Marc Owen Sheriden<br>Wechsler & Cohen, LLP<br>17 State Street, 15th Floor<br>New York, NY 10004 |
| Utica Mutual Insurance Co., Graphic Arts Mutual Insurance Company, and Republic-Franklin Insurance Company | Victor John Yannacone, Jr.<br>39 Baker Street<br>P.O. Box 109<br>Patchogue, NY 11772 |
| Valley Wholesale Drug Company, Inc. | David Boies<br>Boies, Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br><br><br>Richard B. Drubel<br>Kimberly Horton Schultz |

| | |
|---|---|
| | Boies, Schiller & Flexner LLP<br>26 South Main Street<br>Hanover, NH 03755<br><br>Angela K. Drake<br>Lowther Johnson Attorneys at Law, LLC<br>901 St. Louis Street, 20th Floor<br>Springfield, MO 65806 |
| Vista Health Plan, Inc. | Bernard Persky<br>Holis Salzman<br>Barbara J. Hart<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017<br><br>Kevin B. Love<br>Hanzman, Criden & Love P.A.<br>Plaza 57, 7301 S.W. 57th Court, Suite 515<br>South Miami, Florida 33143 |
| Walgreen Co.; Eckerd Corporation; and The Kroger Co.; American Sales Co., Inc.; Maxi Drug, Inc. | Jerald M. Stein<br>Law Office of Jerald M. Stein<br>470 Park Avenue South, Floor 10N<br>New York, NY 10016-7321<br><br>Scott E. Perwin<br>Kenny Nachwalter, PA<br>1100 Miami Center<br>201 South Biscayne Blvd.<br>Miami, FL 33131 |
| White, Steven | Donna Siegel Moffa<br>Trujillo Rodriguez & Richards, LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033 |
| Whittle, Lenanne | Bernard Persky<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017 |
| Williams, Robert and Clifford Perry | Neil Henrichsen<br>Eric Lee Siegel<br>Henrichsen Siegel, P.L.L.C.<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br><br>Heather Moore Collins<br>Shands M. Wulbern<br>Henrichsen Siegel, P.L.L.C.<br>1648 Osceola Street<br>Jacksonville, FL 32204 |
| Williamson, Roger | David Pastor<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 |

| | |
|---|---|
| Winthrop-University Hospital | Bruce L. Simon<br>Esther L. Klisura<br>Steven N. Williams<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br><br>Stanley M. Grossman<br>Michael Morris Buchman<br>Pomerantz Haudek Block<br>  Grossman & Gross, LLP<br>100 Park Avenue, 26th Floor<br>New York, NY 10017-5516 |
| Wittefeldt, Melinda | Francis J. Balint, Jr.<br>Andrew S. Friedman<br>William C. Wright<br>Bonnett, Fairbourn, Friedman & Balint, P.C<br>2901 N. Central Ave.<br>Phoenix, AZ 85012<br><br>Charles J. Roberts<br>Law Offices of Charles J. Roberts, P.A.<br>1241 S. Florida Avenue<br>Rockledge, FL 32955 |
| Woodson, Nease | Gordon Ball<br>Ball & Scott<br>Bank of America Center, Suite 750<br>550 Main Avenue<br>Knoxville, TN 37902 |

Joshua D. Greenberg

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF STATE, | : | CIVIL ACTION |
| COUNTY AND MUNICIPAL EMPLOYEES, | : | |
| DISTRICT COUNCIL 47 HEALTH AND | : | |
| WELFARE FUND, et al. | : | |
| | : | |
| vs. | : | |
| | : | |
| PURDUE PHARMA L.P. and | : | NO. 07-1968 |
| THE PURDUE FREDERICK COMPANY INC. | : | |

**O R D E R**

**AND NOW**, this  4th  day of September, 2007, upon consideration of

Defendants' Motion to Transfer, (Doc. No. 7), Plaintiff's response thereto, and Supplement to

Defendants' Motion to Transfer this Action to the Southern District of New York, it is hereby

**ORDERED** that said Motion is **GRANTED IN PART**. The Court finds that this action is

related to an action pending in the United States District Court for the Southern District of New

York, New Mexico UFCW Fund v. Purdue Pharma L.Op., Number 07-6916. Accordingly, this

action is transferred to that Court "in the interest of justice," 28 U.S.C. § 1404(a).

The Court notes that the Defendants contend that this action is also related to

several class actions pending before the Honorable Sidney Stein in connection with the

OxyContin antitrust and patent multidistrict litigation. On the other hand, the Plaintiff contends

that this action is not related to the antitrust or patent cases, but rather is related to the New

Mexico UCFW action, which has been assigned to the Honorable John G. Koeltl. This Court

concludes that the determination of the appropriate judicial assignment for this matter should be

made in the first instance by the transferee court in the Southern District of New York.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

2

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW    WASHINGTON
WASHINGTON, DC 20004-2401    NEW YORK
TEL 202.662.6000    SAN FRANCISCO
FAX 202.662.6291    LONDON
WWW.COV.COM    BRUSSELS

August 30, 2007

BY HAND DELIVERY

The Honorable Sidney H. Stein
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

The Honorable John G. Koeltl
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

Re:    *In re OxyContin Antitrust Litigation*, No. 04-MDL-1603 (SHS), and
*New Mexico UFCW Union's and Employers' Health and Welfare
Trust Fund v. Purdue Pharma L.P.*, No. 07-6916 (JGK)

Dear Judges Stein and Koeltl:

The Purdue defendants in the above-captioned actions (collectively, "Purdue")
respectfully request that *New Mexico UFCW Union's and Employers' Health and Welfare
Trust Fund v. Purdue Pharma L.P.*, No. 07-6916, be transferred to Judge Stein for
consolidation with *In re OxyContin Antitrust Litigation*, No. 04-MDL-1603 (the "MDL
Proceeding") pursuant to Rule 15 of this Court's Rules for the Division of Business Among
District Judges ("Rule 15"). Transfer would serve "the interests of justice and efficiency,"
Rule 15(a), because the *New Mexico UFCW* action – like five previously filed actions in the
MDL Proceeding – alleges that Purdue's misleading marketing of OxyContin caused a
putative nationwide class of third-party payors ("TPPs") to overpay for the medication, and
that the TPPs are entitled to recover their alleged overpayments under the various states'
consumer protection statutes and the doctrine of unjust enrichment. Moreover, the MDL
Proceeding includes numerous other actions, on behalf of putative nationwide classes that
subsume the putative class in *New Mexico UFCW*, that seek to recover TPPs' alleged
overpayments for OxyContin.

COVINGTON & BURLING LLP

Page 2

Plaintiff in the *New Mexico UFCW* complaint, which was filed on August 1, initially designated the case as "related to" the antitrust cases already before Judge Stein as part of the MDL proceeding "because the alleged actions taken by Defendants" in the *New Mexico UFCW* complaint "were aimed at the same goal" as those alleged in the MDL complaints – "increasing market share and profits of OxyContin." (Civil Cover Sheet, *New Mexico UFCW* (Ex. 1).) On August 6, Judge Stein received from the *New Mexico UFCW* plaintiff a letter stating that it had "designated the case as 'related' to" the MDL proceeding pending before Judge Stein "in error" because *New Mexico UFCW* is a "RICO and consumer protection case" and requesting that the case be assigned to a judge randomly. (Doc. 3, *New Mexico UFCW* (Ex. 2).) Neither the initial "related" designation nor the letter reversing that designation was served on Purdue. *See* Rule 15(c) ("any contention of relatedness" by a party filing a civil case "shall be served with the complaint"). Judge Stein granted the request for random assignment via an endorsement on the letter, and the action was subsequently assigned to Judge Koeltl. (Ex. 2; Doc. 4, *New Mexico UFCW* (Ex. 3).)

Purdue respectfully suggests that the *New Mexico UFCW* action be returned to Judge Stein "in the interests of justice and efficiency," Rule 15(a), because, by plaintiff's own admission, it is a "consumer protection case," and because the allegations in the complaint are similar to the allegations in five other putative nationwide class actions brought under consumer protection statutes that were filed in 2004 and are pending in the MDL Proceeding.

The *New Mexico UFCW* action alleges that Purdue "aggressively" and "falsely and deceptively" marketed OxyContin by, *inter alia*, "minimiz[ing] OxyContin's risks" and "claiming that it was less addictive" than other pain medications, causing TPPs "to overpay substantial amounts of money for OxyContin" as a result. (*New Mexico UFCW* Compl. ¶¶ 1, 4, 29, 34-35, 73 (Ex. 4).) Purporting to represent "a nationwide Class consisting of all insurance providers and other third-party payors" that made payments for OxyContin (*id.* ¶¶ 2, 77), the plaintiff further asserts that the TPPs are entitled to recover their alleged overpayments under, *inter alia*, the various state consumer protection statutes and the doctrine of unjust enrichment (*id.* ¶¶ 113-71.)

Five putative class actions in the MDL Proceeding likewise allege that Purdue "aggressive[ly] and fraudulent[ly]" marketed OxyContin to healthcare providers on various occasions by, *inter alia*, "minimiz[ing] the dangers and addictiveness associated with the drug," causing TPPs to make "overpayments for OxyContin." (Compl. ¶¶ 5-6, 61-64, 76, 85, 94-96, 142, 144, *County of Suffolk, N.Y. v. Purdue Pharma, L.P.*, No. 04-651 (Ex. 5); Compl. ¶¶ 5-6, 61-64, 76, 85, 94-96, 142, 144, *La. Health Serv. Indemn. Co. v. Purdue Pharma L.P.*, No. 04-1212 (Ex. 6); Compl. ¶¶ 5-6, 61-64, 76, 85, 94-96, 142, 144, *United Fed'n of Teachers Welfare Fund v. Purdue Pharma L.P.*, No. 04-1808 (Ex. 7); Compl. ¶¶ 5-6, 61-64, 76, 85, 94-96, 142, 144, *Whittle v. Purdue Pharma L.P.*, No. 04-2089 (Ex. 8); Compl. ¶¶ 5-6, 61-64, 76, 85, 94-96, 142, 144, *Local 1199 Nat'l Benefit Fund for Health & Human Servs. Employees v. Purdue Pharma L.P.*, No. 04-3093 (Ex. 9).)

COVINGTON & BURLING LLP

Page 3

   Like *New Mexico UFCW*, each of these five actions is brought on behalf of a putative nationwide class of TPPs. (*See* Ex. 5, *County of Suffolk* Compl. ¶¶ 6, 25 (putative class of all individuals and TPPs in the U.S. that made payments for OxyContin); Ex. 7, *United Federation* Compl. ¶¶ 6, 25 (same); Ex. 8, *Whittle* Compl. ¶¶ 6, 25 (same); Ex. 6, *Louisiana Health* Compl. ¶¶ 6, 25 (putative class of all TPPs that made payments for OxyContin); Ex. 9, *Local 1199* Compl. ¶¶ 6, 25 (same as *Louisiana Health*).) And like *New Mexico UFCW*, each of these actions seeks to recover the alleged overpayments under, *inter alia*, the various states' consumer protection statutes and the doctrine of unjust enrichment. (*See* Exs. 5-9.) Finally, plaintiff is contending that "the alleged actions taken by the Defendants under each claim" in *New Mexico UFCW* "were aimed at the same goal" as "the MDL antitrust action currently pending before Judge Stein" – which, according to plaintiff, is to "increas[e] market share and profits of OxyContin." (Ex. I, *New Mexico UFCW* Civil Cover Sheet.)

   Because the marketing allegations in these five actions are like those in the *New Mexico UFCW* action, each of the three factors in Rule 15 supports transfer to Judge Stein. *First*, transfer would result in "a substantial saving of judicial resources" because it would avoid the need for two judges – one of whom has already spent a considerable amount of time presiding over numerous complex claims involving OxyContin – to preside over actions involving similar marketing allegations regarding the medication. Rule 15(a)(i). *Second*, transfer would advance "the just, efficient, and economical conduct of the litigation" by eliminating the risks of, *inter alia*, duplicative discovery and conflicting pretrial rulings on issues such as class certification. Rule 15(a)(ii). *Third*, transfer would serve "the convenience of the parties and witnesses" by ensuring that they need not travel twice for redundant depositions or attend multiple hearings on the same legal issues. Rule 15(a)(iii).

   Finally, transferring *New Mexico UFCW* to Judge Stein will not expand the MDL Proceeding. Although marketing claims and antitrust claims are premised on distinct theories of liability, as explained above, five actions in the MDL Proceeding already include marketing claims largely mirroring those in *New Mexico UFCW*. Further, these six actions involve some of the same complicated legal issues, such as whether the TPPs have standing under the various states' consumer protection statutes and doctrines of unjust enrichment, and whether the marketing claims are preempted to the extent they are based on FDA-approved statements. Moreover, the plaintiff in *New Mexico UFCW* alleges the same type of injury (overpayments for OxyContin) and seeks the same damages (recovery of the alleged overpayments) as do the plaintiffs in numerous other actions in the MDL Proceeding brought on behalf of putative nationwide classes that subsume the putative nationwide class of TPPs in *New Mexico UFCW*.

   For the foregoing reasons, the *New Mexico UFCW* action should be transferred to Judge Stein for consolidation with the MDL Proceeding pursuant to Rule 15.

COVINGTON & BURLING LLP

Page 4

Respectfully submitted,

Timothy C. Hester
*Counsel for Purdue Defendants*

cc:    Christopher A. Seeger, Lead Counsel
for the *New Mexico UFCW* Plaintiff