```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>      Defendants.<br><br>And<br><br>AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC.<br><br>      Defendants. | Civil Action No. 07-cv-6916-JGK<br><br><br>Motion Date: November 29, 2007<br><br><br><br><br><br><br><br><br><br>Civil Action No. 07-8761-JGK |

# [PROPOSED] CASE MANAGEMENT ORDER #1

The parties to this proceeding have conferred and submit this stipulated case management proposal. The Order shall govern the pre-trial proceedings of this case and all subsequent actions, which are added on or transferred or otherwise coordinated as part of this proceeding and which this Court deems to be related and appropriate for coordination.

## I. COORDINATION OF RELATED ACTIONS

1. The above-captioned actions, which arise from similar facts and which the Court has determined are related, shall be coordinated with one another.

## II. ORGANIZATION OF PLAINTIFFS' COUNSEL

2. The organizational structure of plaintiffs' counsel established by this Order shall bind plaintiffs' counsel in actions which the Court subsequently determines, as per this Order, are related and should be coordinated with this litigation.

3. The Court appoints the following individuals and firms to act on behalf of plaintiffs in this action, including any plaintiffs subsequently governed by this Order, with the responsibilities hereinafter prescribed.

    a. As Lead Plaintiffs' Counsel:

        (1) The Murray Law Firm (James R. Dugan, II);

        (2) Seeger Weiss LLP (Christopher A. Seeger and David R. Buchanan); and

        (3) Cohen, Placitella & Roth, P.C. (Stewart L. Cohen and Christopher M. Placitella).

  b. Lead Plaintiffs' Counsel shall have the following responsibilities and duties, to be carried out or appropriately designated by counsel:

  (1) to direct and coordinate the prosecution of any coordinated actions, including supervising all pretrial, trial and post-trial proceedings on behalf of plaintiffs;

  (2) to serve as spokesperson for all representative plaintiffs, their counsel and the proposed class, and as liaison with counsel for defendants;

  (3) to sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of plaintiffs;

  (4) to determine and to present in motions, briefs, oral argument, meetings and conferences the position of all of the plaintiffs as to all matters arising during pretrial and trial proceedings;

  (5) to designate attorneys to act as spokespersons at pretrial conferences and meetings;

  (6) to coordinate the activities of plaintiffs' counsel, call meetings of plaintiffs' counsel when deemed appropriate, and to implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

  (7) to ensure that all plaintiffs' counsel are kept informed of the progress of this litigation as necessary;

  (8) to employ and to consult with experts;

  (9) to negotiate and to enter into stipulations with defense counsel with respect to all matters in this litigation, including discovery and settlement matters; and

(10) to perform such other duties as Lead Plaintiffs' Counsel deem necessary or as authorized by further Order of the Court.

c. As Liaison Counsel, this Court appoints Seeger Weiss LLP (Christopher A. Seeger and David R. Buchanan).

d. Liaison Counsel shall have the following responsibilities and perform the following functions:

(1) to communicate with the Court at the direction of and in consultation with Co-Lead Plaintiffs' Counsel and on behalf of all representative plaintiffs, their counsel and the proposed class to coordinate the conduct of the litigation; and

(2) to receive and to disseminate orders and notices as ordered or requested by the Court.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Plaintiffs' Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Plaintiffs' Counsel.

5. Counsel in any related action that is coordinated with this action shall be bound by the organization and appointments contained in this Order.

6. Defendants shall effectuate service of papers on plaintiffs by serving a copy of same on Seeger Weiss LLP by overnight mail service, electronic or hand delivery. Seeger Weiss LLP shall effectuate or the direct the effectuation of service of papers on Defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

III. ~~APPLICATION OF THIS ORDER TO SUBSEQUENT CASES~~

a. ~~Plaintiffs' Proposal:~~

7. This Case Management Order No. 1 shall apply to each case subsequently added on or transferred to this proceeding and deemed by the Court as related and appropriate for coordination. When an action is coordinated as part of these proceedings, Lead Plaintiffs' Counsel shall serve a copy of this Case Management Order No. 1 upon counsel for the plaintiff(s) in the coordinated case, and direct that this Case Management Order No. 1 be served upon any new defendant(s) in the coordinated case, or their counsel. A new party objecting to the application of any provision of this Order must file a request for relief from this Order within ten (10) days of service of this Order upon that party.

b. **Defendants' Proposal:**

8. Defendants object to the inclusion of Section III in this Order.

---

Respectfully Submitted,

SEEGER WEISS LLP


/s/ Christopher A. Seeger
Christopher A. Seeger (CS-4880)
David R. Buchanan
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

Jonathan Shub
TerriAnne Benedetto
Seeger Weiss LLP
1515 Market Street – Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

James R. Dugan, II

Douglas R. Plymale
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Arnold Levin
Fred Longer
Charles Schaffer
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Arthur Sadin
Sadin Law Firm
121 Magnolia Street, Suite 102
Friendswood, TX 77546

Shane Youtz
Youtz & Valdez
420 Central Avenue, Southwest
Albuquerque, NM 87102

Stewart L. Cohen
Cohen Placitella & Roth
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103

Steven A. Schwartz
Chimicles & Tikellis, LLP
361 W. Lancaster Avenue
Haverford, PA 19041

*Counsel for Plaintiff and the Class*

Mary Therese Yelenick
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 687-9818
Facsimile: (212) 541-5369

*Counsel for the Purdue Defendants and
And the Individual Defendants*

M. King Hill, III
Venable LLP
PNC Bank Building
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201
Telephone: (410) 244-7400
Facsimile: (410) 244-7742

*Counsel for the Abbott Defendants*

**SO ORDERED:**

_____
John G. Koeltl, U.S.D.J.

Dated: 11/29/07

7