AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AMERICAN FEDERATION OF STATE AND MUNICIPAL EMPLOYEES, DISTRICT COUNSEL 47 HEALTH AND WELFARE FUND, et. al.,

Plaintiffs,

v.

PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC.,

Defendants.

## APPEARANCE

Case Number: 1:07-cv-08761-JGK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Purdue Pharma L.P.
The Purdue Frederick Company Inc.

I certify that I am admitted to practice in this court.

1/7/2008
Date

[signature]
Signature

Donald I Strauber
Print Name

DS-9256
Bar Number

Chadbourne & Parke LLP, 30 Rockefeller Plaza
Address

New York
City

NY
State

10112
Zip Code

(212) 408-5100
Phone Number

(212) 541-5369
Fax Number