℀AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE AND MUNICIPAL EMPLOYEES, DISTRICT COUNSEL 47 HEALTH AND WELFARE FUND, et. al., | **APPEARANCE** |
| Plaintiffs, | |
| v. | Case Number:  1:07-cv-08761-JGK |
| PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC., | |
| Defendants. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Purdue Pharma L.P.
The Purdue Frederick Company Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/7/2008 | _[signature]_ |
| Date | Signature |
| | Mary T. Yelenick                    MY-7483 |
| | Print Name                              Bar Number |
| | Chadbourne & Parke LLP, 30 Rockefeller Plaza |
| | Address |
| | New York              NY              10112 |
| | City              State              Zip Code |
| | (212) 408-5100          (212) 541-5369 |
| | Phone Number                            Fax Number |