AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

AMERICAN FEDERATION OF STATE AND
MUNICIPAL EMPLOYEES, DISTRICT COUNSEL
47 HEALTH AND WELFARE FUND, et. al.,

           Plaintiffs,

v.

PURDUE PHARMA L.P. and THE PURDUE
FREDERICK COMPANY INC.,
           Defendants.

**APPEARANCE**

Case Number: 1:07-cv-08761-JGK

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Purdue Pharma L.P.
    The Purdue Frederick Company Inc.

    I certify that I am admitted to practice in this court.

| 1/7/2008 | _[signature]_ |
|---|---|
| Date | Signature |
|  | Phoebe A. Wilkinson     PW-3143 |
|  | Print Name     Bar Number |
|  | Chadbourne & Parke LLP, 30 Rockefeller Plaza |
|  | Address |
|  | New York     NY     10112 |
|  | City     State     Zip Code |
|  | (212) 408-5100     (212) 541-5369 |
|  | Phone Number     Fax Number |