AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                       DISTRICT OF                   NEW YORK

AMERICAN FEDERATION OF STATE AND
MUNICIPAL EMPLOYEES, DISTRICT COUNSEL
47 HEALTH AND WELFARE FUND, et. al.,

                    Plaintiffs,

v.

PURDUE PHARMA L.P. and THE PURDUE
FREDERICK COMPANY INC.,

                    Defendants.

**APPEARANCE**

Case Number:   1:07-cv-08761-JGK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Purdue Pharma L.P.
The Purdue Frederick Company Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/7/2008 | _Gretchen N. Werwaiss_ |
| Date | Signature |
| | Gretchen N. Werwaiss |
| | Print Name |
| | Chadbourne & Parke LLP, 30 Rockefeller Plaza |
| | Address |
| | New York |
| | City |

GW-6280
Bar Number

| City | State | Zip Code |
|---|---|---|
| New York | NY | 10112 |

| Phone Number | Fax Number |
|---|---|
| (212) 408-5100 | (212) 541-5369 |