## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNTY 47 HEALTH AND WELFARE FUND, *et al.* | ** ** ** | |
| Plaintiffs, | ** ** | Civil Action No. 1:07-cv-08761-JGK |
| | ** ** | |
| v. | ** ** | |
| PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC. | ** ** ** | |
| Defendants | | |

### NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that, upon the annexed declarations of Paulette Peterson and Donald I Strauber, dated January 7, 2008, and the exhibits thereto, the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, and upon all the prior pleadings and proceedings had herein, Defendants will move this Court before the Honorable John G. Koeltl, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, granting Defendants' Motion for Judgment on the Pleadings in its entirety.

Dated:     New York, New York,
           January 7, 2008

s/Donald I Strauber

Donald I Strauber
Mary T. Yelenick
Phoebe A. Wilkinson
Gretchen N. Werwaiss
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
dstrauber@chadbourne.com

*COUNSEL FOR*
*THE PURDUE DEFENDANTS*

Chilton D. Varner
Stephen B. Devereaux
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Patrick S. Davies
Joshua D. Greenberg
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.6000
Fax: 202.662.6291

*OF COUNSEL FOR*
*THE PURDUE DEFENDANTS*