UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNTY 47 HEALTH AND WELFARE FUND, *et al.*<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC.<br><br>　　　　Defendants | Civil Action No. 1:07-cv-08761-JGK<br><br><br><br>DECLARATION OF DONALD I STRAUBER IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS |

DONALD I STRAUBER, hereby declares as follows:

1.　I am a member of the law firm of Chadbourne & Parke LLP, counsel to defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company), and The P.F. Laboratories, Inc. (the "Purdue Defendants"). I make this declaration in support of the Purdue Defendants' Motion for Judgment on the Pleadings.

2.　Attached hereto as Exhibit A is a true and correct copy of the article entitled *Feds Seek to Limit Painkiller Use,* ABC News (May 1, 2001).

3.　Attached hereto as Exhibit B is a true and correct copy of the article entitled *Painkiller Drug Bust: Drug Busts Uncover Abuse of OxyContin*, ABC News (Feb. 9, 2001).

I declare that the foregoing is true and correct.

Executed on:　January 7, 2008

　　　　　　　　　　　　　　　　/s Donald I Strauber
　　　　　　　　　　　　　　　　Donald I Strauber