UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND,<br><br>        Plaintiffs,<br><br>  -against-<br><br>PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC.,<br><br>        Defendants. | Civil Action No. 1:07-cv-08761-JGK |

### CERTIFICATE OF SERVICE

  I, Gretchen N. Werwaiss, hereby certify that on January 8, 2008, I electronically served the following documents on William D. Marvin, Christopher Seeger, and Jonathan Shub, counsel for Plaintiffs, by electronic transmission to the following e-mail addresses, wmarvin@cprlaw.com, cseeger@seegerweiss.com, and jshub@seegerweiss.com:

- Notice of Motion for Judgment on the Pleadings

- Declaration of Donald I Strauber in Support of Motion for Judgment on the Pleadings

- Declaration of Paulette Peterson in support of Motion for Judgment on the Pleadings

- The Purdue Defendants' Memorandum of Law in Support of Motion for Judgment on the Pleadings

Dated: January 9, 2008

                   /s/Gretchen N. Werwaiss

                   Gretchen N. Werwaiss