UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated,<br><br>          Plaintiffs,<br><br>      v.<br><br>PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation,<br>          Defendants | CIVIL ACTION<br>No. 07-8761-JGK |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance as co-counsel for the Plaintiffs in the above-captioned matter.

                              BY: _____/s Justin Bloom_____

Justin Bloom
Murray Law Firm
650 Poydras Street, Suite 1100
New Orleans, Louisiana 70130
Telephone: (917) 991-7593
bloomesq1@gmail.com
SDNY Bar # JB3156

## CERTIFICATE OF SERVICE

JUSTIN BLOOM, attorney for plaintiff, hereby certifies that as directed by Lead Counsel, a true and correct copy of the foregoing was served upon counsel for defendant, by ECF filing and electronic delivery through email transmission, as follows:

Jason A. Snyderman, Esq., jsnyderman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, 22nd Floor
2005 Market St.
Philadelphia, PA  19103

Donald I. Strauber, Esq., dstrauber@chadbourne.com
Mary Yelenick, Esq., myelenick@chadbourne.com
Phoebe Wilkinson, Esq., pwilkinson@chadbourne.com
Gretchen Werwaiss, Esq., gwerwaiss@chadbourne.com
Alexandra Nellos, Esq., anellos@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

counsel for Defendants Purdue Pharma L.P. and The Purdue Frederick Company Inc.,

DATE:  January 25, 2008              /s Justin Bloom
                                     JUSTIN BLOOM
                                     Attorney for Plaintiff