IN THE COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY

CIVIL TRIAL DIVISION

| | |
|---|---|
| IN RE: PENNSYLVANIA BAYCOL THIRD-PARTY PAYOR LITIGATION | SEPTEMBER TERM, 2001 NO. 1874 |
| PENNSYLVANIA EMPLOYEES BENEFITS TRUST FUND, et al. | OCTOBER TERM, 2001 NO. 1506 |
| Plaintiffs, vs. | |
| BAYER AG and BAYER CORPORATION | |
| Defendants | |

COPIES SENT
PURSUANT TO Pa. R.C.P. 236(b)
MAR. 4 2004
First Judicial District of Pa.
User I.D.: SNS

DOCKETED
COMPLEX LIT CENTER

MAR 4 2004

J. STEWART

ORDER

AND NOW, this 2nd day of March, 2004, upon consideration of Plaintiff's Motion for Partial Summary Judgment, all responses in opposition, the respective memoranda, and all matters of record, it is hereby ORDERED and DECREED that said Motion is granted and partial Summary Judgment is granted to Plaintiff Pennsylvania Employees Benefit Trust Fund as to the claims of implied warranty and unjust enrichment. The amount of damages is to be proven at trial. These claims in the case of <u>Pennsylvania Employee Benefit Trust Fund v. Bayer AG, et al.</u> is severed and trial as to damages is hereby scheduled for June 2, 2004 in Courtroom 246 City Hall at 9:30 a.m.

BY THE COURT

_____
MARK I. BERNSTEIN, J.