UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated, Plaintiffs, v. PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation, Defendants | Civil Action No. 07-8761-JGK  MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Justin Bloom, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

>WILLIAM D. MARVIN
>COHEN, PLACITELLA & ROTH, P.C.
>Two Commerce Square
>2001 Market St., Suite 2900
>Philadelphia, PA 19103
>(215) 567-3500

William D. Marvin is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against him in any State or Federal Court. Attached hereto as Exhibit 1 is Mr. Marvin's Affidavit, with Exhibit A, an original Certificate of Good Standing from the Pennsylvania Supreme Court, attached thereto.

Dated: February 20, 2008

                                              Respectfully Submitted,

                                              MURRAY LAW FIRM

                                        By: _____
                                        Justin Bloom (SDNY Bar# JB3156 )
                                        Murray Law Firm
                                        650 Poydras Street, Suite 1100
                                        New Orleans, Louisiana 70130
                                        (917) 991-7593
                                        Bloomesq1@gmail.com
                                        *Counsel for Plaintiff and the Class*

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated, Plaintiffs, v. PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation, Defendants | **Civil Action No. 07-8761-JGK** <br><br> **AFFIDAVIT OF JUSTIN BLOOM IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

State of Atlanta         )
                         )ss:
County of Fulton         )

Justin Bloom, being duly sworn, hereby deposes and says as follows:

1. I am a member of Murray Law Firm, counsel for Movants, AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund ("Movants"), in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Movants' motion to admit William D. Marvin as counsel *pro hac vice* to represent Movants in this matter.

2. I am a member in good standing of the bar of the State of Florida, admitted to practice in 1996, and was admitted to practice law in New York in 2001. I am also admitted to the bar of

the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known William D. Marvin since 2007, and Mr. Marvin was counsel of record for Movants when this action was originally filed in the Eastern District of Pennsylvania, before being transferred to this Court on defendant's motion.

4. Based on joint activities in connection with this case, I have found Mr. Marvin to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of William D. Marvin, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of William D. Marvin, *pro hac vice*, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit William D. Marvin, *pro hac vice*, to represent Movants in the above-captioned matter, be granted.

_____
Justin Bloom

Sworn before me this 20 day of Feb 2008

NOTARY PUBLIC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation,<br>Defendants | Civil Action No. 07-8761-JGK<br><br>**ORDER TO ADMIT WILLIAM D. MARVIN AS COUNSEL FOR PLAINTIFFS** *PRO HAC VICE* |

Upon the motion of Justin Bloom, attorney for AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

> William D. Marvin, Esquire
> Cohen, Placitella & Roth, P.C.
> Two Commerce Square, Suite 2900
> Philadelphia, PA  19107
> T. (215) 567-3500
> F. (215) 567-6019
> Email: wmarvin@cprlaw.com

is admitted to practice *pro hac vice* as counsel for the plaintiffs, AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund, in the above-captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February    , 2008
New York, New York

_____
JOHN G. KOELTL, J.

## CERTIFICATE OF SERIVICE

I, Justin Bloom, hereby certify that the foregoing Motion to Admit Counsel Pro Hac Vice and related papers were filed electronically and are available for review on the Court's ECF system.

_____
Justin Bloom