# CHADBOURNE
# & PARKE LLP

Mary T. Yelenick
direct tel (212) 408-5499
myelenick@chadbourne.com

**MEMO ENDORSED**

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 2/13/08*

FEB 12 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

February 12, 2008

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

2/12/08                         6/6/08
                                John G. Koeltl, U.S.D.J.

*VIA FACSIMILE: (212) 805-7912*

Re: Request for Permission to File Memoranda of Law in Excess of 10 Pages:

*New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Purdue Pharma*,
Civil Action No. 07-cv-6916-JGK

*American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund et al. v. Purdue Pharma*,
Civil Action No. 07-cv-8761-JGK

Dear Judge Koeltl:

Defendants Purdue Pharma L.P., Purdue Pharma, Inc., The P.F. Laboratories, Inc. and The Purdue Frederick Company Inc. (the "Purdue Defendants") respectfully request permission to exceed the 10 page limit applicable under the Court's Individual Practices with respect to the reply briefs that the Purdue Defendants intend to file in further support of their Rule 12(c) motions for judgment on the pleadings, which are due in the above-referenced matters on February 19, 2008. (Case Management Order (12/14/07) [Doc. 59].)

Additional pages are necessary because, as the Purdue Defendants indicated in their December 24, 2007 letter to the Court, both Complaints are quite broad in scope, complex in nature, set forth multiple theories of recovery, and involve the alleged conduct of several parties over a long period of time and, because these cases involve third-party payor claims against the manufacturer of an FDA-approved prescription drug, they raise complex issues of standing, federalism, statutory interpretation, and state and federal public policy. For these reasons, the Court previously permitted the Purdue Defendants, in their opening briefs, to exceed the Court's 25-page limit by up to 10 (ten) pages in the *New Mexico Fund* matter (for a total of 35 pages), and by up to 5 (five) pages in the *American Federation Fund* matter (for a total of 30 pages), and Plaintiffs received corresponding page extensions for their Opposition briefs.

CHADBOURNE
& PARKE LLP

Honorable John G. Koeltl　　　　　　　-2-　　　　　　　　　　　　February 12, 2008

  Faced with the task of responding to the arguments stated in Plaintiffs' 35-page Opposition brief in the *New Mexico Fund* matter and 26-page Opposition brief in the *American Federation Fund* matter, the Purdue Defendants respectfully request that the Court enter an order allowing the Purdue Defendants to <u>exceed the Court's 10-page limit for reply briefs by up to 5 (five) pages (for a total of 15 pages) in the *New Mexico Fund* matter and by up to 5 (five) pages (for a total of 15 pages) in the *American Federation Fund* matter</u>. The individual defendants will also be filing a reply brief in the *New Mexico Fund* matter, which will be short and non-repetitive.

  I have consulted with counsel for the Plaintiffs in both cases; they have authorized me to say that they do not object to this request.

Respectfully submitted,

Mary T. Yelenick

cc: <u>Counsel for Plaintiffs and the Class</u>

  Christopher A. Seeger　　　　　　　　　　　VIA FACSIMILE: (212) 584-0799
  David R. Buchanan　　　　　　　　　　　　(and also via e-mail to D. Buchanan)
  Seeger Weiss, LLP
  One William Street
  New York, NY 10004

  Jonathan Shub　　　　　　　　　　　　　　VIA FACSIMILE: (215) 851-8029
  TerriAnne Benedetto
  Seeger Weiss, LLP
  1515 Market Street
  Suite 1360
  Philadelphia, PA 19106

  James R. Dugan, II　　　　　　　　　　　　VIA FACSIMILE: (504) 648-0181
  Douglas R. Plymale　　　　　　　　　　　　(and also via e-mail to J. Dugan)
  Stephen B. Murray, Jr.
  Stephen B. Murray, Sr.
  Murray Law Firm
  650 Poydras Street
  Suite 2150
  New Orleans, LA 70130

# CHADBOURNE
# & PARKE LLP

Honorable John G. Koeltl  -3-  February 12, 2008

| | |
|---|---|
| Arnold Levin<br>Fred Longer<br>Charles Schaffer<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | VIA FACSIMILE: (215) 592-4663 |
| Arthur Sadin<br>Sadin Law Firm<br>121 Magnolia<br>Suite 102<br>Friendswood, TX 77546 | VIA FACSIMILE: (281) 648-7799 |
| Shane Youtz<br>Youtz & Valdez, P.C.<br>420 Central Avenue, SW<br>Albuquerque, NM 87102 | VIA FACSIMILE: (505) 244-9700 |
| Stewart L. Cohen<br>Cohen Placitella & Roth<br>Two Commerce Square<br>Suite 2900<br>2001 Market St.<br>Philadelphia, PA 19103 | VIA FACSIMILE: (215) 567-6019 |
| Steven A. Schwartz<br>Chimicles & Tikellis, LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041 | VIA FACSIMILE: (610) 649-3633 |

cc: *Counsel for the Abbott Defendants.*

| | |
|---|---|
| M. King Hill, III<br>Venable LLP<br>PNC Bank Building<br>Two Hopkins Plaza<br>Suite 1800<br>Baltimore, MD 21201 | VIA FACSIMILE: (410) 244-7742 |