UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated, Plaintiffs, <br><br> v. <br><br> PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation, Defendants | Civil Action No. 07-8761-JGK <br><br> MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Justin Bloom, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> WILLIAM D. MARVIN
> COHEN, PLACITELLA & ROTH, P.C.
> Two Commerce Square
> 2001 Market St., Suite 2900
> Philadelphia, PA 19103
> (215) 567-3500

William D. Marvin is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against him in any State or Federal Court. Attached hereto as Exhibit 1 is Mr. Marvin's Affidavit, with Exhibit A, an original Certificate of Good Standing from the Pennsylvania Supreme Court, attached thereto.

Dated: February 20, 2008

                                       Respectfully Submitted,

                                       MURRAY LAW FIRM

By: _____
                                       Justin Bloom (SDNY Bar# JB3156)
                                       Murray Law Firm
                                       650 Poydras Street, Suite 1100
                                       New Orleans, Louisiana 70130
                                       (917) 991-7593
                                       Bloomesq1@gmail.com
                                       *Counsel for Plaintiff and the Class*

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation,<br>Defendants | )<br>)<br>)<br>) **Civil Action No. 07-8761-JGK**<br>)<br>)<br>)<br>)<br>)<br>) **AFFIDAVIT OF JUSTIN**<br>) **BLOOM IN SUPPORT OF**<br>) **MOTION TO ADMIT COUNSEL**<br>) *PRO HAC VICE*<br>)<br>)<br>)<br>)<br>) |

State of Atlanta                )
                                )ss:
County of Fulton                )

Justin Bloom, being duly sworn, hereby deposes and says as follows:

1. I am a member of Murray Law Firm, counsel for Movants, AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund ("Movants"), in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Movants' motion to admit William D. Marvin as counsel *pro hac vice* to represent Movants in this matter.

2. I am a member in good standing of the bar of the State of Florida, admitted to practice in 1996, and was admitted to practice law in New York in 2001. I am also admitted to the bar of

the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known William D. Marvin since 2007, and Mr. Marvin was counsel of record for Movants when this action was originally filed in the Eastern District of Pennsylvania, before being transferred to this Court on defendant's motion.

4.      Based on joint activities in connection with this case, I have found Mr. Marvin to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5.      Accordingly, I am pleased to move the admission of William D. Marvin, *pro hac vice*.

6.      I respectfully submit a proposed order granting the admission of William D. Marvin, *pro hac vice*, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit William D. Marvin, *pro hac vice*, to represent Movants in the above-captioned matter, be granted.

_____
Justin Bloom

Sworn before me this 20 day of Feb 2008



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated, Plaintiffs, | Civil Action No. 07-8761-JGK  AFFIDAVIT OF WILLIAM D. MARVIN, ESQUIRE |
| v. | |
| PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation, Defendants | |

I, William D. Marvin, Esquire, declare the following under penalty of perjury:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Third Circuit Court of Appeals, and the United States Supreme Court. I have never been disciplined, suspended or disbarred by this or any other Court.

2. Attached hereto is a Certificate attesting to my admission dates and that I am a member in good standing in the bar of the Commonwealth of Pennsylvania.

3. I have extensive experience in state and federal trial courts. I have experience in pharmaceutical litigation, involving claims for prescription drug expenses including cases on behalf of the plaintiffs in this case, AFSCME District Council 47 Health and Welfare Fund,

Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund.

4. I was counsel of record for the plaintiffs when this action was filed in the Eastern District Court of Pennsylvania. The case was transferred to this Court, for coordinated handling with a related case, *New Mexico Fund v. Purdue, et al.*, No. 07-6916.

5. In order to register for the Electronic Case Filing system, so as to file documents electronically, and to receive docketing notice, my admittance to practice before this Court *pro hac vice* is necessary.

4. Based upon the foregoing, I respectfully request admission to this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for Southern District and Eastern District of New York, for the purpose of appearing and arguing on behalf of plaintiffs, who are represented by the Murray Law Firm.

_____
William D. Marvin

Sworn before me this 13 day
of February, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGARET RHEINSTADTER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 11, 2011



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*William David Marvin, Esq.*

**DATE OF ADMISSION**

*October 26, 1981*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 25, 2008

_____
Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERIVICE

I, William D. Marvin, Esquire, hereby certify that the foregoing Motion to Admit Counsel Pro Hac Vice and related papers were served by first class mail on the following counsel:

**Alexandra Katherine Nellos, Esq.**
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

**Donald I. Strauber, Esq.**
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

**Gretchen Nielsen Werwaiss, Esq.**
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

**Phoebe Anne Wilkinson, Esq.**
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

**Mary Therese Yelenick, Esq.**
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

**Justin Bloom, Esq.**
29 W. 70th Street
#2B
New York, NY 10023

**Jason A. Snyderman, Esquire**
Akin Gump Strauss Hauer & Feld, LLP
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA 19103

DATE: Feb 29, 2008                             _____
                                               WILLIAM D. MARVIN, ESQUIRE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated, Plaintiffs, v. PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation, Defendants | Civil Action No. 07-8761-JGK  ORDER TO ADMIT WILLIAM D. MARVIN AS COUNSEL FOR PLAINTIFFS *PRO HAC VICE* |

Upon the motion of Justin Bloom, attorney for AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

> William D. Marvin, Esquire
> Cohen, Placitella & Roth, P.C.
> Two Commerce Square, Suite 2900
> Philadelphia, PA   19107
> T. (215) 567-3500
> F. (215) 567-6019
> Email: wmarvin@cprlaw.com

is admitted to practice *pro hac vice* as counsel for the plaintiffs, AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund, in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February    , 2008
New York, New York

_____
JOHN G. KOELTL, J.