UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND,<br><br>       Plaintiffs,<br><br>    -against-<br><br>PURDUE PHARMA L.P. and THE PURDUE FREDERICK COMPANY INC.,<br><br>       Defendants. | Civil Action No. 1:07-cv-08761-JGK |

## CERTIFICATE OF SERVICE

  I, Gretchen N. Werwaiss, hereby certify that on April 7, 2008 I electronically served the following document on William D. Marvin and Jonathan Shub, counsel for Plaintiffs, by electronic transmission to the following e-mail addresses, wmarvin@cprlaw.com and jshub@seegerweiss.com:

- The Purdue Defendants' Notice of Supplemental Authority in Support of their Motion for Judgment on the Pleadings

Dated: April 8, 2008

                    /s/Gretchen N. Werwaiss

                    Gretchen N. Werwaiss