UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, PHILADELPHIA FIREFIGHTERS UNION LOCAL NO. 22 HEALTH & WELFARE FUND, and NATIONAL COUNCIL OF FIREMEN AND OILERS, LOCAL 1201 HEALTH AND WELFARE FUND, each on behalf of itself and all others similarly situated, Plaintiffs, v. PURDUE PHARMA L.P., a Delaware Limited Partnership, and THE PURDUE FREDERICK COMPANY INC., a New York Corporation, Defendants | Civil Action No. 07-8761-JGK<br><br>ORDER TO ADMIT WILLIAM D. MARVIN AS COUNSEL FOR PLAINTIFFS *PRO HAC VICE* |

Upon the motion of Justin Bloom, attorney for AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

> William D. Marvin, Esquire
> Cohen, Placitella & Roth, P.C.
> Two Commerce Square, Suite 2900
> Philadelphia, PA   19107
> T. (215) 567-3500
> F. (215) 567-6019
> Email: wmarvin@cprlaw.com

is admitted to practice *pro hac vice* as counsel for the plaintiffs, AFSCME District Council 47 Health and Welfare Fund, Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund, in the above-captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~February~~ April 10, 2008
New York, New York

_____
JOHN G. KOELTL, J.