UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NEW MEXICO UNITED FOOD AND COMMERICAL WORKERS
UNION'S HEALTH AND WELFARE TRUST FUND,

                    Plaintiffs,

        - against -

PURDUE PHARMA,

                    Defendant.
-------------------------------------------------------------
AMERICAN FEDERATION OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47
HEALTH AND WELFARE FUND ET AL

                    Plaintiffs,

        - against -

PURDUE PHARMA,

                    Defendant.
------------------------------------------------------------- X

07 Civ. 6916 (JGK)(FM)

07 Civ. 8761 (JGK)(FM)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

SO ORDERED.
DATED:     New York, New York
             June 30, 2008

                                     /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge

* Do not check if already referred for general pretrial.