UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>   Defendants. | **Civil Action No. 07-cv-6916-JGK** |
| AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC.<br><br>   Defendants. | **Civil Action No. 07-8761-JGK** |

**RULE 26(f) JOINT REPORT BY THE PARTIES
AND PROPOSED CASE MANAGEMENT ORDER**

NY2 - 484289.04

# RULE 26(f) JOINT REPORT BY THE PARTIES AND PROPOSED CASE MANAGEMENT ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and the status conference held on November 29, 2007, the Court sets the following case management schedule:

### 1. Rule 26(a)(1) Initial Disclosures

The parties shall make their initial disclosures pursuant to Rule 26(a)(1) by **January 9, 2008**.

### 2. Rules Governing Discovery

The rules governing discovery shall be those set forth in the Federal Rules of Civil Procedure; the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York; and the Individual Practices of Judge John G. Koeltl.

### 3. Meet-and-Confer Regarding Electronic-Discovery Issues

The parties shall confer no later than **December 21, 2007** concerning the preservation of potentially discoverable information, disclosure or discovery of electronically stored information, the form of production of electronically stored information and hard copy documents, and claims related to privilege or the protection of confidential materials.

### 4. Protective Orders

The parties shall confer regarding the entry of a protective order pursuant to Federal Rule of Civil Procedure 26(c) prior to the production of confidential or

NY2 - 484289.04

proprietary documents or documents containing sensitive or legally-protected information.

5. **Rule 12 Motions**

The Abbott defendants have a pending motion to dismiss the *New Mexico Fund* action.

The Purdue defendants shall file their motions pursuant to Federal Rule of Civil Procedure 12(c) concerning the *New Mexico Fund* and the *AFSCME* actions by **January 7, 2008.**

Plaintiffs shall file their Briefs in Opposition to Abbott's and Purdue's respective motions by **February 1, 2008.**

The Abbott Defendants and the Purdue defendants shall file their respective Reply Briefs in Further Support of their Motions by **February 19, 2008**.

6. **Fact Discovery**

Absent good cause, each side shall be notified of the scheduling of any deposition at least fourteen (14) days in advance.

a. **Previously Produced Materials**

Plaintiffs and the Purdue defendants have agreed that plaintiffs shall be permitted to review documents previously produced by Purdue in other OxyContin civil litigation in which individuals, third party payers, or state Attorneys General asserted claims against the Purdue defendants for personal or economic injury because of alleged improper marketing of OxyContin. Such documents shall be made available for preliminary review at the Purdue document depository in Atlanta, Georgia on and after

3

December 17, 2007. Purdue has informed plaintiffs that the depository currently contains many, but not all, of such prior productions. Purdue is in the process of adding more of these documents to the depository, and will make documents available to plaintiffs for review on a rolling basis. All such prior productions will be available for review at the Purdue document depository by February 18, 2008.

Plaintiffs and the Purdue defendants shall also confer to discuss the manner of continued review and production of these documents, including alternative forms of production to the extent available and appropriate.

Plaintiffs and the Abbott Defendants shall confer to discuss the production of documents produced previously in other OxyContin litigation.

### b. Discovery Cutoff

The parties shall complete all discovery by **June 30, 2009**.

### 7. Class Certification

Plaintiffs shall file their motion(s) for class certification and the Rule 26 disclosures and reports of their experts relating to class certification issues on **September 2, 2008**.

Defendants shall complete discovery of plaintiffs' class certification experts and shall file their oppositions to class certification, together with the Rule 26 disclosures and reports of their experts relating to class certification issues, by **November 28, 2008**.

Plaintiffs shall file their reply brief(s) by **January 30, 2009**.

4

### 8. Expert Discovery Timetable

Plaintiffs shall designate their additional expert witnesses and provide their Rule 26(a)(2) expert witness reports by **March 2, 2009**.

Defendants shall designate their additional expert witnesses and provide their Rule 26(a)(2) expert witness reports by **May 1, 2009**.

Plaintiffs shall designate any additional rebuttal expert witnesses and provide their Rule 26(a)(2) expert witness reports by **May 22, 2009**.

The parties shall complete the depositions of all expert witnesses by **June 30, 2009**.

### 9. Dispositive Motions Timetable

All dispositive motions shall be filed by **August 28, 2009.**

All oppositions to such dispositive motions shall be filed by **September 25, 2009.**

All replies to such dispositive motions shall be filed by **October 9, 2009**.

### 10. Trial Schedule

The joint pretrial order(s) shall be filed by **September 25, 2009** if no dispositive motions are filed. If such motions are filed, the joint pretrial order(s) shall be filed four (4) weeks after rulings are made on the dispositive motions.

NY2 - 484289.04

Trial(s) of these lawsuits shall be set on or after **October 9, 2009** if no dispositive motions are filed. If such dispositive motions are filed, trial(s) of these lawsuits shall be six (6) weeks after rulings are made on the dispositive motions.

### 11. Other Issues

Given that this litigation is in its very early stages, the parties reserve their right to supplement or amend their positions or raise other issues during the litigation as appropriate.

*Submitted*:    December 14, 2007

By:

SEEGER WEISS LLP

By /s/Christopher A. Seeger
  Christopher A. Seeger, Esq. (CS-4880)
  David Buchanan, Esq.
  One William Street
  New York, NY 10004
  Tel: (212) 584-0700
  Fax: (212) 584-0799
  *Plaintiffs' Lead and Liaison Counsel*

SEEGER WEISS LLP

  Jonathan Shub, Esq. (pro hac vice)
  TerriAnne Benedetto, Esq.
  1515 Market Street, Suite 1380
  Philadelphia, PA 19102
  Tel: (215) 564-2300
  Fax: (212) 851-8029
  *Attorneys for Plaintiffs*

NY2 - 484289.04

MURRAY LAW FIRM

James R. Dugan, II, Esq.
Douglas R. Plymale, Esq. (pro hac vice)
Stephen B. Murray, Jr., Esq.
Stephen B. Murray, Sr., Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 648-0180
*Plaintiffs' Lead Counsel*

COHEN PLACITELLA & ROTH

Stewart L. Cohen, Esq.
Christopher M. Placitella, Esq.
Two Commerce Square, Suite 2900
Philadelphia, PA 19103
Tel: (215) 567-3500
*Plaintiffs' Lead Counsel*

LEVIN, FISHBEIN, SEDRAN & BERMAN

Arnold Levin, Esq. (pro hac vice)
Fred Longer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
*Attorneys for Plaintiffs*

SADIN LAW FIRM, P.C.

Arthur Sadin, Esq.
121 Magnolia Street, Suite 102
Friendswood, TX 77546
Tel: (281) 648-7711
*Attorneys for Plaintiffs*

NY2 - 484289.04

YOUTZ & VALDEZ, P.C.

Shane Youtz, Esq.
420 Central Avenue, Southwest
Albuquerque, NM 87102
*Attorneys for Plaintiffs*

CHIMICLES & TIKELLIS, LLP

Steven A. Schwartz, Esq.
361 W. Lancaster Avenue
Haverford, PA 19041
*Attorneys for Plaintiffs*

CHADBOURNE & PARKE LLP

By /s/ Donald I Strauber
  Donald I. Strauber, Esq.
  Mary T. Yelenick, Esq.
  Phoebe A. Wilkinson, Esq.
  Gretchen N. Werwaiss, Esq.
  30 Rockefeller Plaza
  New York, NY 10112
  Tel: (212) 408-5100
  Fax: (212) 541-5369
  *Attorneys for the Purdue Defendants and for Messrs. Friedman, Udell and Goldenheim*

COVINGTON & BURLING LLP

By_____
  Timothy C. Hester, Esq.
  Mark H. Lynch, Esq.
  Patrick S. Davies, Esq.
  1201 Pennsylvania Avenue, N.W.
  Washington, DC 20004-2401
  Tel: (202) 662-6000
  Fax: (202) 662-6291
  *Attorneys for the Purdue Defendants and Messrs. Friedman, Udell, and Goldenheim*

NY2 - 484289.04

YOUTZ & VALDEZ, P.C.

Shane Youtz, Esq.
420 Central Avenue, Southwest
Albuquerque, NM 87102
*Attorneys for Plaintiffs*

CHIMICLES & TIKELLIS, LLP

Steven A. Schwartz, Esq.
361 W. Lancaster Avenue
Haverford, PA 19041
*Attorneys for Plaintiffs*

CHADBOURNE & PARKE LLP

By_____
Donald I. Strauber, Esq.
Mary T. Yelenick, Esq.
Phoebe A. Wilkinson, Esq.
Gretchen N. Werwaiss, Esq.
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-5100
Fax: (212) 541-5369
*Attorneys for the Purdue Defendants and for Messrs. Friedman, Udell and Goldenheim*

COVINGTON & BURLING LLP

By /s/ Timothy C. Hester
Timothy C. Hester, Esq.
Mark H. Lynch, Esq.
Patrick S. Davies, Esq.
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291
*Attorneys for the Purdue Defendants and Messrs. Friedman, Udell, and Goldenheim*

8

NY2 - 484289.04

KING & SPALDING

By _[signature]_
Chilton Davis Varner, Esq.
Robert K. Woo, Jr. Esq.
Stephen Devereaux, Esq.
Dan Willoughby, Esq.
1180 Peachtree Street
Atlanta, GA 30309
Tel. (404) 572-4600
Fax: (404) 572-5100
*Attorneys for the Purdue Defendants and for Messrs. Friedman, Udell and Goldenheim*

VENABLE LLP

By _____
Paul F. Strain, Esq. (pro hac vice)
M. King Hill, Esq. (pro hac vice)
Mark D. Maneche, Esq. (pro hac vice)
1800 PNC Bank Building
2 Hopkins Plaza
Baltimore, MD 21201
Tel: (410) 244-7400
Fax: (410) 244-7472

Matthew T. McLaughlin, Esq. (MM-6241)
405 Lexington Ave
Chrysler Building, 56th Floor
New York, NY 10174
Tel: (212) 307-5500
Fax: (212) 307-5598
*Attorneys for the Abbott Defendants*

**SO ORDERED:**

_____
John G. Koeltl, U.S.D.J.

Dated: December____, 2007

9

NY2 - 484289.04

KING & SPALDING

By_____
Chilton Davis Varner, Esq.
Robert K. Woo, Jr. Esq.
Stephen Devereaux, Esq.
Dan Willoughby, Esq.
1180 Peachtree Street
Atlanta, GA 30309
Tel. (404) 572-4600
Fax: (404) 572-5100
*Attorneys for the Purdue Defendants and for Messrs. Friedman, Udell and Goldenheim*

VENABLE LLP

By *M. King Hill*_____
Paul F. Strain, Esq. (pro hac vice)
M. King Hill, Esq. (pro hac vice)
Mark D. Maneche, Esq. (pro hac vice)
1800 PNC Bank Building
2 Hopkins Plaza
Baltimore, MD 21201
Tel: (410) 244-7400
Fax: (410) 244-7472


Matthew T. McLaughlin, Esq. (MM-6241)
405 Lexington Ave
Chrysler Building, 56th Floor
New York, NY 10174
Tel: (212) 307-5500
Fax: (212) 307-5598
*Attorneys for the Abbott Defendants*

**SO ORDERED:**

_____
John G. Koeltl, U.S.D.J.

Dated: December____, 2007