# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, | :: :: :: :: :: | |
| Plaintiff, | :: :: | |
| v. | :: :: :: | **Civil Action No. 07-cv-6916-JGK** |
| PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20, | :: :: :: :: :: :: :: :: :: :: :: :: | |
| Defendants. | :: :: :: | |

| | | |
|---|---|---|
| AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al., | :: :: :: :: :: | |
| Plaintiffs, | :: :: :: | |
| v. | :: :: | **Civil Action No. 07-8761-JGK** |
| PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC. | :: :: :: | |
| Defendants. | :: :: | |

## NOTICE OF JOINT MOTION FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3

**NOTICE OF JOINT MOTION FOR MODIFICATION OF**
**CASE MANAGEMENT SCHEDULE AND**
**FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3**

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and the

status conference held on November 29, 2007, the Court set the case management

schedule for this case, as per the Rule 26(f) Joint Report by the Parties and Proposed

Case Management Order (Document No. 59), filed on December 14, 2007.  Since that

time, the parties have conferred, and jointly seek modification to the case management

schedule, as per the attached Proposed Case Management Order No. 3, for the reasons set

forth in the accompanying Memorandum.

*Submitted*:     July 31, 2008

By:

SEEGER WEISS LLP

By /s/Christopher A. Seeger
  Christopher A. Seeger, Esq. (CS-4880)
  David Buchanan, Esq.
  One William Street
  New York, NY 10004
  Tel:  (212) 584-0700
  Fax:  (212) 584-0799
  *Plaintiffs' Lead and Liaison Counsel*

SEEGER WEISS LLP

  Jonathan Shub, Esq. (pro hac vice)
  TerriAnne Benedetto, Esq. (pro hac vice)
  1515 Market Street, Suite 1380
  Philadelphia, PA  19102
  Tel:  (215) 564-2300
  Fax:  (212) 851-8029
  *Attorneys for Plaintiffs*

2

MURRAY LAW FIRM

James R. Dugan, II, Esq. (pro hac vice)
Douglas R. Plymale, Esq. (pro hac vice)
Stephen B. Murray, Jr., Esq.
Stephen B. Murray, Sr., Esq.
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Tel:  (504) 648-0180
*Plaintiffs' Lead Counsel*

COHEN PLACITELLA & ROTH

Stewart L. Cohen, Esq.
Christopher M. Placitella, Esq.
Two Commerce Square, Suite 2900
Philadelphia, PA  19103
Tel:  (215) 567-3500
*Plaintiffs' Lead Counsel*

LEVIN, FISHBEIN, SEDRAN & BERMAN

Arnold Levin, Esq. (pro hac vice)
Fred Longer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Tel:  (215) 592-1500
*Attorneys for Plaintiffs*

SADIN LAW FIRM, P.C.

Arthur Sadin, Esq. (pro hac vice)
121 Magnolia Street, Suite 102
Friendswood, TX  77546
Tel:  (281) 648-7711
*Attorneys for Plaintiffs*

YOUTZ & VALDEZ, P.C.

Shane Youtz, Esq. (pro hac vice)
420 Central Avenue, Southwest
Albuquerque, NM  87102
*Attorneys for Plaintiffs*


CHIMICLES & TIKELLIS, LLP

Steven A. Schwartz, Esq.
361 W. Lancaster Avenue
Haverford, PA  19041
*Attorneys for Plaintiffs*


CHADBOURNE & PARKE LLP

By /s/ Donald I Strauber
Donald I Strauber, Esq.
Mary T. Yelenick, Esq.
Phoebe A. Wilkinson, Esq.
Gretchen N. Werwaiss, Esq.
30 Rockefeller Plaza
New York, NY  10112
Tel:  (212) 408-5100
Fax:  (212) 541-5369
*Attorneys for the Purdue Defendants and*
*for Messrs. Friedman, Udell and*
*Goldenheim*


COVINGTON & BURLING LLP

Timothy C. Hester, Esq.
Mark H. Lynch, Esq.
Patrick S. Davies, Esq.
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel:  (202) 662-6000
Fax:  (202) 662-6291
*Attorneys for the Purdue Defendants and*
*Messrs. Friedman, Udell, and Goldenheim*

4

KING & SPALDING


Chilton Davis Varner, Esq.
Robert K. Woo, Jr. Esq.
Stephen Devereaux, Esq.
Dan Willoughby, Esq.
1180 Peachtree Street
Atlanta, GA  30309
Tel.  (404) 572-4600
Fax:  (404) 572-5100
*Attorneys for the Purdue Defendants and
for Messrs. Friedman, Udell and
Goldenheim*


VENABLE LLP


Paul F. Strain, Esq. (pro hac vice)
M. King Hill, Esq. (pro hac vice)
Mark D. Maneche, Esq. (pro hac vice)
750 East Pratt Street, Suite 900
Baltimore, MD  21202
Tel:  (410) 244-7400
Fax:  (410) 244-7472


By /s/ Matthew T. McLaughlin
Matthew T. McLaughlin, Esq. (MM-6241)
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, NY  10020
Tel:  (212) 307-5500
Fax:  (212) 307-5598
*Attorneys for the Abbott Defendants*

5