USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERICAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, | 07 Civ. 6916 (JGK) |
| Plaintiff, | |
| - against - | |
| PURDUE PHARMA L.P., ET AL., | |
| Defendants. | |

---

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, ET AL. | 07 Civ. 8761 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| PURDUE PHARMA L.P., ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the conference held on September 5, 2008, the plaintiffs are granted leave to amend the Complaints. The plaintiffs should serve and file any Amended Complaints by **October 6, 2008**. The defendants should move or answer by **October 24, 2008**. The plaintiffs should respond to any motions by **November 14, 2008**. The defendants should reply by **December 5, 2008**.

2

The defendants' pending motions for judgment on the pleadings are **denied as moot without prejudice to renewal**. The Clerk is directed to close Docket Nos. 32, 62, 65, and 68 in Case No. 07 Civ. 6916 and Docket No. 10 in Case No. 07 Civ. 8761.

SO ORDERED.

Dated:   New York, New York
         September 5, 2008

_____
John G. Koeltl
United States District Judge